**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| SMARTPHONE TECHNOLOGIES LLC, | § § § § § | |
| Plaintiff, | | |
| vs. | § § § § § § | CASE NO. 6:12cv350 LED-JDL |
| ZTE CORPORATION, et al., | | |
| Defendants. | | |

## ORDER

Before the Court are the parties' Motions *in Limine* (Doc. Nos. 171 and 173). The parties have filed their respective responses (Doc. Nos. 176 & 177). The Court heard arguments regarding these Motions on May 22, 2014 and now issues the instant Order memorializing the rulings made at the hearing. The Court **RULED** as follows:

| Smartphone Motions in Limine | Subject Matter | Disposition |
|---|---|---|
| 1 | Defendants' may not call or introduce lay testimony comparing claim language to prior art or accused instrumentalities | **GRANTED** |
| 2 | Defendants may not argue or imply that claims are limited to embodiments of the asserted patents | **GRANTED** and **DENIED** as **INSTRUCTED** by the Court |
| 3 | Defendants may not call or introduce lay testimony concerning the value of the asserted patents | **GRANTED** |
| 4 | Defendants may not make derogatory statements, arguments, or characterizations about Plaintiff or it's business model | **AGREED** as per Doc. No. 182 |
| 5 | Defendants may not reference, or present evidence concerning, Plaintiff's contingency fee arrangement with counsel | **AGREED** as per Doc. No. 182 |
| 6 | Defendants may not reference, or present evidence or testimony concerning patent proceedings in foreign jurisdictions | **AGREED** as per Doc. No. 182 |

| | | |
|---|---|---|
| 7 | Defendants may not make remarks, or present evidence or testimony, derogatory to the USPTO | **AGREED** as per Doc. No. 182 |
| 8 | Defendants may not make reference to, or present evidence or testimony concerning, non-final rejections issued by the PTO in re-exam proceedings | **AGREED** as represented by the parties at pretrial |
| 9 | Defendants may not introduce the HTC Order as a trial exhibit or otherwise inform the jury that this Court Granted-in-Part a Motion to Strike Ms. Riley's expert report | **GRANTED** |

| ZTE Motions in Limine | Subject Matter | Disposition |
|---|---|---|
| 1 | Exclude the "Investigative Report on the U.S. National Security Issues posed by Chinese Telecommunications Companies Huawei and ZTE" and related testimony | **AGREED** by the parties as per Doc. No. 182 |
| 2 | Preclude statements or references drawing undue and unnecessary attention to any Chinese nationality or Chinese heritage of ZTE Corporation, Defendants' representatives, or witnesses called by either side | **AGREED** by the parties as per Doc. No. 182 |
| 3 | Exclude evidence relating to the Reexamination of the '316 Patent | **AGREED** by the parties as represented |
| 4 | Preclude any argument or evidence that Android OS 3.2 devices or the ZTE Optik infringe the asserted patents | **DENIED** |
| 5 | Preclude any argument or evidence regarding the identity or "protocol handlers" in the Google source code | **DENIED** |
| 6 | Exclude evidence and opinions related to alleged secondary considerations on non-obviousness | **DENIED** |

**So ORDERED and SIGNED this 28th day of May, 2014.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE